KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Chief, Criminal Division

SARA D. AYABE #9546
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Emails:    Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 15, 2020, 3:09pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **20-00134 HG** |
|---|---|
| Plaintiff, | ) INFORMATION |
| vs. | ) [26 U.S.C. §§ 5841, 5861(d), and 5871] |
| ERIC HURST, | ) |
| Defendant. | ) |

INFORMATION

The U.S. Attorney charges:

<u>Possession of an Unregistered Firearm</u>
(26 U.S.C. §§ 5841, 5861(d), and 5871)

On or about June 25, 2019, within the District of Hawaii, ERIC HURST, the defendant, did knowingly possess a firearm not registered to him in the National Firearms Registration and Transfer Record, namely, one weapon made from a shotgun, Ithaca, Model 37, 16-gauge, bearing serial number ULT-M37160150, knowing that the firearm had a barrel measuring less than 18 inches and an overall length of less than 26 inches.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

DATED: December 15, 2020, at Honolulu, Hawaii.

_____
MICHAEL NAMMAR
Chief, Criminal Division

_____
SARA D. AYABE
Assistant U.S. Attorney


United States v. Eric Hurst
Information
Cr. No.